| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Richard S. Busch (SBN 319881)<br>KING & BALLOW<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, California 90067<br>(424) 253-1255 (Tel)<br>(888) 688-0482 (Fax)<br><br>ATTORNEY(S) FOR: Plaintiff | CLEAR FORM |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BLACK, individually and on behalf of Stark Raving Black Productions, Inc.,<br>Plaintiff(s),<br>v.<br>PANDORA MEDIA, LLC<br>Defendant(s) | CASE NUMBER:<br>2:22-CV-04634<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Plaintiff** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LEWIS BLACK, individually and on behalf of Stark Raving Black Productions, Inc. | Party |
| PANDORA MEDIA, LLC | Party |

7/7/2022
Date

/s/ Richard S. Busch.
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff